## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

---

In Re:  Yvonne J. Price
        Debtor,

Chapter: 13
Case No: 07-14576
Judge Robert Somma

---

### CERTIFIED REQUEST PURSUANT TO 11 U.S.C. § 109(h)(3) FOR EXTENSION OF TIME TO FILE CREDIT COUNSELING CERTIFICATE.

Pursuant to 11 U.S.C. § 109(h)(3), the Debtor(s) certify(ies) that he/she/they did not obtain the credit counseling briefing pursuant to 11 U.S.C. 109(h)(1) and requests that the Court extend the time to file and/or obtain a credit counseling certificate, based upon the following grounds:

1) The following exigent circumstances have prevented me/us from obtaining the briefing prior to the petition (for example, foreclosure, eviction, medical or other problems preventing compliance):

MEDICAL —

2) I/We   (Check whichever applies)

___ Did request credit counseling services from an approved agency but was/were unable to obtain said services during the 5-day period following the request.

___ Did not request credit counseling services.

3) I/We request an extension of time to a date no longer than 45 days after the date of filing of the bankruptcy petition because: I HAD council will urban edge Medical Reasons — But don't know if they Qualify.

Signed under the pains and penalties of perjury on this 8 day of August, 2007.

Yvonne Price
Debtor                                              Debtor

### ORDER

___ The Request is denied.

___ The Request is approved. The time for filing the certificate is extended to _____.

Date:
                                              _____
                                              United States Bankruptcy Judge